AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § |
|---|---|
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:16-M -11066(1) |
|  | § |
| (1) Jesus Salgado-Serrano | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 23, 2016** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Jesus SALGADO-Serrano, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Eagle Pass Intl Bridge on July 6, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Jesus SALGADO-Serrano, was arrested by Border Patrol Agents, on October 23, 2016 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Schrock, Jessica M
BPA

10/26/2016     at    DEL RIO, Texas
File Date                                       City and State

COLLIS WHITE
U.S. MAGISTRATE JUDGE                   Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.    Case Number: DR:16-M -11066(1)

(1) Jesus Salgado-Serrano

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on July 6, 2013 through Eagle Pass Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____    _____
Signature of Judicial Officer    Signature of Complainant